```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MICHIGAN
```

IN RE: DIANN TRICE                                               Chapter 13
                                                                 Case No. 14-53136-
                                                                 Judge Randon

**FOURTH APPLICATION FOR ORDER APPROVING ATTORNEY FEES AND EXPENSES – POST–CONFIRMATION**

1. This application seeks approval of compensation in the amount of $805.00 and expenses in the amount of $31.80.

2. The fees requested herein are for services rendered from October 28, 2016 through March 30, 2017.

3. The services rendered include: objecting to the trustees motion to dismiss. Phone calls with the client regareding her case. Prepared and emailed amended budget for client to review. Receive and review Motion to Dismiss. Emails with the client regarding her case. Phone consult with client regarding pending Motion. Prepared and filed Objeciton to the Motion. A stipulation was prepared and filed adjouring the hearing. Amended schedules and Proposed plan modificaiton were prepared and filed. Receive and review trustees objection to plan modification. Phone consult with the client regarding hearing. The hearing was attended and the case was dismissed.

4. There are no adversary proceedings in this matter.

5. This chapter 13 case has been dismissed.

6. There are no unpaid administrative expenses other than such amounts owing to the Chapter 13 Trustee pursuant to 28 USC Sec. 562.

7. There are no instances in which an award is sought for the services of more than one professional and paraprofessional.

9. Applicant has applied for and has been awarded the following fees:

| AWARD FOR SERVICES RENDERED THROUGH | AWARD AMOUNT | APPLICATION AMOUNT |
|---|---|---|
| 11/22/2014 | $3,030.00 | $3,030.00 |
| 04/20/2015 | $345.96 | $345.96 |
| 01/27/2016 | $270.96 | $270.96 |
| 10/27/2016 | $287.48 | $287.48 |
| TOTALS: | $3,934.40 | $3,934.40 |

10. The Debtor has been provided an opportunity to review this application. The Debtor has not responded after seven days, and has neither approved nor disapproved this application.

Wherefore, the undersigned requests an order awarding the sum of $805.00 as fees, and $31.80 as expenses.

Date: March 31, 2017

/S/Christopher M. Carey

Christopher M. Carey (P51527)
THE CAREY LAW GROUP, PC
Attorneys for Debtor(s)
23930 Michigan Avenue
Dearborn MI 48124
(313)274-2999
email: ecf@careylawgroup.net

IN RE: DIANN TRICE

Last four digits of Social Security Number:
All names including married, maiden, and trade names used within last 8 years:

**~~Debtor~~**

Address: 26140 12 Mile Road,
Apt. 308
Southfield, MI 48034

Chapter 13
Case No. 14-53136-
Judge Randon

# NOTICE OF FOURTH APPLICATION FOR ORDER APPROVING ATTORNEY FEES AND EXPENSES - POST-CONFIRMATION

Debtor's counsel has filed papers with the court to obtain approval for payment of fees in the amount of $805.00 and expenses in the amount of $31.80. There is no retainer balance on hand.
Debtor's counsel has filed papers with the court to obtain approval for payment of attorney fees.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the application for attorney fees, within 21 days, you or your attorney must:

1. File with the court a written response or answer, explaining your position at:*

   United States Bankruptcy Court
   Suite 2100
   211 W Fort Street
   Detroit MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will RECEIVE IT on or before the date stated above.

You must also mail a copy to:

   The Carey Law Group P.C.
   23930 Michigan Avenue
   Dearborn MI 48124

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

Date: March 31, 2017

_____
\*Response or answer must comply with F.R.Civ.P.8(b), (c) and (e)

/S/ Christopher M. Carey

Christopher M. Carey (P51527)
THE CAREY LAW GROUP, PC
Attorneys for Debtor(s)
23930 Michigan Avenue
Dearborn MI 48124
(313)274-2999
email: ecf@careylawgroup.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Diane Trice

                                                                                             CHAPTER 13
                                                                                             CASE NO.14-53136
                      Debtor(s).                    JUDGE  Randon

_____/

**ORDER APPROVING FEE APPLICATION**

      This matter having come before the Court upon the application of FOURTH APPLICATION FOR ORDER APPROVING ATTORNEY FEES AND EXPENSES - POST-CONFIRMATION, all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED:

1.     The Court previously approved Applicant's fees and expenses in the amount of:  $3,934.40

The Court grants Applicant's current fee application as follows:

| | | |
|---|---|---|
| THIS AWARD FOR FEES: | $805.00 | |
| THIS AWARD FOR COSTS: | $ 31.80 | |
| TOTAL THIS AWARD: | | $836.80 |
| AMOUNT OF THIS AWARD PAID DIRECTLY BY DEBTOR: | | $200.00 |
| AMOUNT OF THIS AWARD TO BE PAID BY TRUSTEE: | | $636.80 |

2.     This award covers services rendered and expenses incurred during the time period of October 28, 2016 through March 30, 2017

3.     To the extent fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor upon dismissal.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: DIANN TRICE

Chapter 13
Case No. 14-53136-
Judge Randon

LBR 2016-1(a)(12) requires inclusion of a copy of the order appointing counsel as an exhibit. Such order is not required in a chapter 13 case.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: DIANN TRICE

Chapter 13
Case No. 14-53136-
Judge Randon

STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P.2016(b)

The undersigned, pursuant to F.R. Bankr. R. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.
2. The compensation paid or agreed to be paid by the Debtor(s) is [Check one]

   **[X] FLAT FEE**
   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid .......................................... $3,000.00
   B. Prior to filing this statement, received ..................................... $0.00
   C. The unpaid balance due and payable is ..................................... $3,000.00

   **[ ] RETAINER**
   A. Amount of retainer received .........
   B. The undersigned shall bill against the retainer at an hourly rate of _____ [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $310.00 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition. schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing and any adjourned hearings thereof.
   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E. Reaffirmations;
   F. Redemptions;
   G. Other:
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; representation with respect to an attempt by the Trustee or other party to obtain possession of property of the debtor or to object to an exemption of the debtor; appeals of any decision of the Court. Agreed services do not include any post confirmation services, which will be billed at an hourly rate not to exceed $250.00 per hour.**

6. The source of payments to the undersigned was from:
   A. XX   Debtor(s)' earnings, wages, compensation for services performed
   B. _____   Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows: NONE

Dated: August 12, 2014                                        /S/Christopher M. Carey

Christopher M. Carey (P51527)
THE CAREY LAW GROUP, PC
Attorneys for Debtor(s)
23930 Michigan Avenue
Dearborn MI 48124
(313)274-2999
email: ecf@careylawgroup.net

/S/ Diann Trice

Diann Trice
Debtor

# EXHIBIT 4 - SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL CHARGES

10/28/2016 - 03/30/2017

| Name | Hourly Rate | Hours | Charge |
|---|---|---|---|
| **ATTORNEY CHARGES** | | | |
| Attorney Christopher M. Carey | 250.00 | 0.10 | 25.00 |
| Attorney Dario D. Ianni | 220.00 | 3.30 | 726.00 |
| **BLENDED RATE OF ATTORNEYS:** | $220.88 | 3.40 | $751.00 |
| **PARALEGAL CHARGES:** | | | |
| Paralegal Liza Koyle | 90.00 | 0.20 | 18.00 |
| Paralegal Tricia M. Reinelt | 90.00 | 0.40 | 36.00 |
| **TOTALS FOR PARALEGALS:** | | 0.60 | $54.00 |

# EXHIBIT 5 - SUMMARY OF SERVICES

10/28/2016 - 03/30/2017

| Date | Code | Service | Hours | Rate | Total |
|---|---|---|---|---|---|
| **DETAIL OF SERVICES:** | | | | | |
| 11/02/2016 | DDI | phone call with clt re; case | 0.20 | 220.00 | 44.00 |
| 11/15/2016 | TMR | phone call to clt re; case | 0.10 | 90.00 | 9.00 |
| 12/06/2016 | DDI | prep amended budget; email to clt to review | 0.30 | 220.00 | 66.00 |
| 01/13/2017 | TMR | receipt of MTD; fwrd to clt | 0.20 | 90.00 | 18.00 |
| 01/18/2017 | DDI | receipt of email from clt; email clt re; amendments and payments | 0.20 | 220.00 | 44.00 |
| 01/19/2017 | DDI | phone call w/clt re; pending MTD | 0.20 | 220.00 | 44.00 |
| 01/24/2017 | DDI | prep & file objection to MTD | 0.30 | 220.00 | 66.00 |
| 02/07/2017 | DDI | prep Stip to Adj MTD hrg; email to tee office; advise debtor | 0.20 | 220.00 | 44.00 |
| 02/28/2017 | DDI | prep & file amended schedules I and J & ppmod | 1.00 | 220.00 | 220.00 |
| 03/17/2017 | TMR | phone call to clt LDM | 0.10 | 90.00 | 9.00 |
| 03/20/2017 | DDI | receive and review tee objs to ppmod | 0.20 | 220.00 | 44.00 |
| 03/20/2017 | LAK | phone call to clt to confirm appt LM | 0.10 | 90.00 | 9.00 |
| 03/21/2017 | LAK | phone call to clt re; appt (No Show) LM | 0.10 | 90.00 | 9.00 |
| 03/21/2017 | DDI | email from tee office re; hrg on 3/29/17 | 0.10 | 220.00 | 22.00 |
| 03/28/2017 | DDI | phone call to clt re; MTD hrg | 0.10 | 220.00 | 22.00 |
| 03/29/2017 | DDI | attend hrg on MTD; case dismissed | 0.50 | 220.00 | 110.00 |
| 03/30/2017 | CMC | prepare fee application | 0.10 | 250.00 | 25.00 |
| | | | | **TOTAL SERVICES:** | **$805.00** |

**KEY TO PERSONEL:**

    DDI    Attorney Dario D. Ianni
    TMR    Paralegal Tricia M. Reinelt

    LAK    Paralegal Liza Koyle

    CMC    Attorney Christopher M. Carey

# EXHIBIT 6: BIOGRAPHICAL STATEMENT OF PROFESSIONALS

### Attorney Christopher M. Carey

B.A. in History, University of Michigan, 1991
J.D. from University of Detroit Law School, 1994
Member, State Bar of Michigan
Admitted to practice in Michigan courts and Federal District Court for the Eastern District of Michigan
Member, Detroit Area Consumer Bankruptcy Association
Faculty, National Business Institute - various Bankruptcy Seminars - 2007, 2008, 2009, 2010
Presenter, ICLE - numerous Bankruptcy Seminars - 2011, 2012

### Attorney Dario D. Ianni

B.A. in Political Science, Michigan State University, 2001
J.D. from Thomas M. Cooley Law School, 2004
Attendee, BAPCPA Seminar, November 2005
Admitted to State Bar of Michigan, 2004
Admitted to practice in Federal District Court for the Eastern District of Michigan
Member, Detroit Area Consumer Bankruptcy Association
Presenter, ICLE - 3rd Annual Consumer Bankruptcy Seminar - May, 2012

```
  IN RE: DIANN TRICE
```

Chapter 13
Case No. 14-53136-
Judge Randon

# EXHIBIT 7 - STATEMENT OF EXPENSES
10/28/2016 - 03/30/2017

| Date | Code | Service | Units | Rate | Total |
|---|---|---|---:|---:|---:|
| 01/13/2017 | POS | | 1.00 | 0.48 | 0.48 |
| 02/28/2017 | POS | serving ppmod | 29.00 | 0.48 | 13.92 |
| 02/28/2017 | PHO | copying/serving ppmod | 116.00 | 0.15 | 17.40 |
| | | | **TOTAL EXPENSES:** | | **$31.80** |

**KEY TO EXPENSES:**

POS    Postage
PHO    Photocoping

```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN
```

IN RE: DIANN TRICE

Chapter 13
Case No. 14-53136-
Judge Randon

**PROOF OF SERVICE**

I certify under penalty of perjury that on 03/31/2017 I served a copy of the following documents:

    FOURTH APPLICATION FOR ORDER APPROVING ATTORNEY FEES AND EXPENSES – POST-CONFIRMATION
    NOTICE OF OPPORTUNITY TO RESPOND
    EXHIBIT 1: PROPOSED FOURTH ORDER APPROVING ATTORNEY FEES AND EXPENSES – POST-CONFIRMATION
    EXHIBIT 2: (NOT REQUIRED IN CHAPTER 13 CASES)
    EXHIBIT 3: RULE 2016(a) AFFIDAVIT
    EXHIBIT 4: SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL CHARGES
    EXHIBIT 5: SUMMARY OF SERVICES
    EXHIBIT 6: BIOGRAPHICAL STATEMENT OF PROFESSIONALS
    EXHIBIT 7: STATEMENT OF EXPENSES

by first class mail upon the United States Trustee, Suite 700, 211 West Fort Street, Detroit MI 48226 and upon the Chapter 13 Trustee at the following address:

    Suite 1100
    719 Griswold Street
    Detroit MI 48226

I also served a copy of the above documents by first class mail upon Debtor at the following address:

    26140 12 Mile Road,
    Apt. 308
    Southfield, MI 48034


Date: March 31, 2017

          /S/ Christopher M. Carey
        Christopher M. Carey (P51527)
        THE CAREY LAW GROUP, PC
        Attorneys for Debtor(s)
        23930 Michigan Avenue
        Dearborn MI 48124
        (313)274-2999
        email: ecf@careylawgroup.net