UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                                CHAPTER 13
DIANN V TRICE,                                   CASE NO. 14-53136-MAR
  DEBTOR                                         JUDGE MARK A RANDON
_____/

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☒ A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 U.S.C. § 1307(c).

IT IS HEREBY ORDERED that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C.§ 362 and 1301 are hereby terminated;

IT IS FURTHER ORDERED that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the Debtor, if any;

IT IS FURTHER ORDERED that KRISPEN S. CARROLL, TRUSTEE, is discharged as Trustee and the Trustee and her surety are released from any and all liability on account of the within proceedings;

Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

.

**Signed on April 03, 2017**

                                                  ___/s/ Mark A. Randon_ __
                                                Mark A. Randon
                                                United States Bankruptcy Judge